■ In the Matter of HENRY NEWMAN, SR., Respondent, v. ALBERT J. RYKZYNSKI, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term granting motion to cancel the enrollment of respondent Rykzynski.) Present — Williams, P. J., Halpern, McClusky and Henry, JJ. (Decided on Aug. 31, 1962 and order entered on Aug. 31, 1962.)

■ 2525 EAST AVENUE, INC., Appellant, v. TOWN OF BRIGHTON et al., Respondents.— Motion granted to the extent that, in accordance with the Rules of the Appellate Division, appellant is directed to file and serve its brief by September 13, 1962. If the respondents desire to argue the appeal at this term, their brief shall be served and filed in typewritten form on or before September 14, 1962 (printed brief to be filed later), in which event the case will be added to the calendar for September 14, 1962, and in all other respects the motion is denied.

■ In the Matter of RICHARD J. LONG, Petitioner, v. FLORENCE MABE, Respondent.— Order of removal entered.

■ In the Matter of FRANCIS J. O'CONNOR, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles.— Motion granted and order dismissing proceeding vacated, and stay continued pending hearing and determination of proceeding, upon condition that case is argued at term commencing October 16, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER VAN VLECK, Appellant.— Motion granted to prosecute appeal on original record, typewritten briefs; Richard D. Grisanti, Esq., assigned as counsel to conduct appeal; motion to dismiss appeal denied, and time for argument of appeal enlarged to include October 1962 Term upon condition that appellant's brief is filed and served on or before September 19, 1962, and counsel directed to so file and serve appellant's brief.

■ MARY MERCIER, Respondent, v. HARRY MERCIER, Appellant.— Motion to exempt case from provisions of rule X of the Rules of the Appellate Division, Fourth Department, granted upon condition that appellant's brief is filed and served on or before September 17, 1962.

■ MARGUERITE N. HEWITT et al., Respondents, v. STATE OF NEW YORK et al., Appellants. (And One Other Action.) — Appeals dismissed unless appellants' briefs are filed and served on or before September 19, 1962.

■ ANTHONY J. FERNICOLA et al., Respondents, v. JACOB RUDOLPH, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.

■ ANTHONY J. FERNICOLA et al., Appellants, v. JACOB RUDOLPH, Respondent.— Motion to dismiss upon ground that appellants have waived their right to appeal denied without prejudice to renewal upon the argument of the appeal.

■ JEROME M. GOOD, Respondent, v. JACOB RUDOLPH, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.

■ DOMENICK PETTINELLA et al., Respondents, v. CHEMICAL INSECTICIDE CORPORATION, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before September 24, 1962.

■ CORA SCHIRTZ, Respondent, v. FRED WILD, Defendant, and ARTHUR JACOBS, Appellant. ESTELLA WILD, Respondent, v. ARTHUR JACOBS, Appellant. FRED WILD, Respondent, v. ARTHUR JACOBS, Appellant. INEZ WILD, Respondent, v. FRED WILD, Defendant, and ARTHUR JACOBS, Appellant.— Appeals dismissed unless records and briefs are filed and served on or before October 31, 1962.